**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leslie Diane GIBSON, Defendant–**
**Appellant.**

**No. 00–7049.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Leslie Diane Gibson, pro se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, VA, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Leslie Diane Gibson seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the

appeal on the reasoning of the district court. *United States v. Gibson,* Nos. CR–96–30056; CA–99–694–7 (W.D.Va. May 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*